UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REVA CLAYTON, as personal representative
of the Estate of VIRGIL SNEED, Deceased, and
OMAR JOHNSON,

    Plaintiffs,                                             Case No. 05-60157

v.                                                              Hon. John Corbett O'Meara

TROOPER PHIL DUPLESSIS and TROOPER
JONATHON HENRY, Jointly and Severally,

    Defendants.

_____/

**ORDER**

      Before the court are several pre-trial motions. The Court having reviewed the motions as well as any responses thereto, orders as follows:

      Defendants' December 20, 2006, motion in limine to preclude plaintiffs from calling expert witnesses [docket # 26] is DENIED WITHOUT PREJUDICE.

      Plaintiffs' January 12, 2007, motion in limine to preclude evidence suggesting decedent's vehicle was stolen [docket # 32] is DENIED WITHOUT PREJUDICE.

      Plaintiffs' January 12, 2007, motion in limine to preclude defendants from alleging injuries to defendant Duplessis other that those set forth in defendants' discovery responses [docket # 33] is DENIED WITHOUT PREJUDICE.

      Plaintiffs' January 12, 2007, motion in limine to preclude defendant from arguing or

introducing any evidence regarding Virgil Sneed's prior wrongs, bad acts, or criminal history [docket # 34] is DENIED WITHOUT PREJUDICE.

Plaintiffs' January 12, 2007, motion in limine to preclude defendant from offering evidence, arguing and/or suggesting findings of the Wayne County Prosecutor's Office and the investigation from the Detroit Police Department [docket # 35] is DENIED WITHOUT PREJUDICE.

Defendants' January 30, 2007, motion in limine to preclude plaintiffs from calling expert witnesses [docket # 36] is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Scheduling Order will be amended as follows:

| | |
|---|---|
| Discovery Deadline: | June 12, 2007 |
| Dispositive Motion Filing Deadline: | July 12, 2007 |
| Joint Final Pretrial Order: | September 19, 2007 |
| Final Pretrial Conference: | September 26, 2007 at 1:30 p.m. |
| Trailing Trial Term: | October 02, 2007 |

SO ORDERED.

s/John Corbett O'Meara
United States District Judge

Dated: March 12, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 12, 2007, by electronic or ordinary mail.

s/William Barkholz
Case Manager